08 CR 697

JUDGE BUCKLO

MAGISTRATE JUDGE VALDEZ

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO X   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   FELONY X   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO X   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☐   YES X

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............. (II)        ☐ Income Tax Fraud (II)              ☐ DAPCA Controlled Substances ..... (III)
   ☐ Criminal Antitrust (II)            ☐ Postal Fraud ............ (II)      ☐ Miscellaneous General Offenses .... (IV)
   ☐ Bank robbery ........... (II)      x Other Fraud ............ (III)      ☐ Immigration Laws ............. (IV)
   ☐ Post Office Robbery ....... (II)   ☐ Auto Theft ............. (IV)       ☐ Liquor, Internal Revenue Laws ..... (IV)
   ☐ Other Robbery .......... (II)      ☐ Transporting Forged Securities (III) ☐ Food & Drug Laws ............. (IV)
   ☐ Assault ................ (III)     ☐ Forgery ................ (III)      ☐ Motor Carrier Act ............. (IV)
   ☐ Burglary ............... (IV)      ☐ Counterfeiting .......... (III)     ☐ Selective Service Act ........... (IV)
   ☐ Larceny and Theft ....... (IV)     ☐ Sex Offenses ........... (II)       ☐ Obscene Mail ............. (III)
   ☐ Postal Embezzlement ...... (IV)    ☐ DAPCA Marijuana ....... (III)       ☐ Other Federal Statutes .......... (III)
   ☐ Other Embezzlement ..... (III)     ☐ DAPCA Narcotics ....... (III)       ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.
    18 USC 1341
    18 USC 641

_____
Gregory Deis
Assistant United States Attorney

(Revised 12/99)