Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

## MAGISTRATE JUDGE VALDEZ

| Name of Assigned Judge or Magistrate Judge | JUDGE BUCKLO | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 GJ 643 | DATE | September 4, 2008 |
| CASE TITLE | US v. PETER POULAKIS | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MOTION:

### GRAND JURY PROCEEDING

**08 CR 697**

The Grand Jury for the ___SPECIAL JUNE 2007___ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

FILED
09-04-08
SEP X 4 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

DOCKET ENTRY:

**TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.**

SIGNATURE OF JUDGE
OR MAGISTRATE JUDGE _____

(ONLY IF FILED UNDER SEAL)

| | | | | |
|---|---|---|---|---|
| No notices required, advised in open court. | | | Number of notices | DOCKET# |
| No notices required. | | | Date docketed | |
| Notices mailed by judge's staff. | | | Docketing dpty. initials | |
| Notified counsel by telephone. | | | Date mailed notice | |
| Docketing to mail notices | | | | |
| Mail AO 450 form. | | | Mailing dpty. initials | |
| Copy to judge/magistrate judge. | | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |